SAREY, Appellant, v. H. KOEHLER & CO., Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Alexander Sarey against H. Koehler & Co. E. H. M. Roehr, for appellant. J. V. Bouvier, Jr., for respondent. No opinion. Judgment and order affirmed, with costs.

---

SATZINGER, Appellant, v. CHEBRA CHAI ODOM ANSHI MINSK, Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Werner Satzinger against the Chebra Chai Odom Anshi Minsk. H. M. Heymann, for appellant. J. Manheim, for respondent. No opinion. Appeal from decision dismissed. Judgment affirmed, with costs.

---

SCHALL et al., Respondents, v. CITY OF NEW YORK, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Actions by Sarah and Rudolph Schall against the city 'of New York. No opinion. Motion denied.

---

SCHEER v. BLISNIKOFF. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Rose Scheer against Max Blisnikoff. No opinion. Motion granted, with $10 costs.

---

SCHIVEREA v. BROOKLYN HEIGHTS R. CO. et al. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by George Schiverea against the Brooklyn Heights Railroad Company and others. No opinion. Motions for reargument, or for leave to appeal to the Court of Appeals, denied. Twenty days' stay granted to the appellants, to enable them to apply to a judge of the Court of Appeals for leave to appeal to that court, if so advised.

---

SCHLOTTERER, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Louisa Schlotterer, an infant, etc., against the Brooklyn & New York Ferry Company. No opinion. Motion denied.

---

SCHLOTTERER, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Louisa Schlotterer, an infant, etc., against the Brooklyn & New York Ferry Company. No opinion. Motion to amend order denied.

---

SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Tilly Schnurr against Alexander Quinn.

PER CURIAM. Judgment of the County Court of Kings county reaffirmed, after reargument, but without further costs. See 82 N. Y. Supp. 468.

HOOKER, J., not voting.

---

SCHRUMPF et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Jacob Schrumpf and others against the Manhattan Railway Company. T. L. Waugh, for appellant. W. G. Peckham, for respondents. No opinion. Judgment affirmed, with costs.

---

SCHULTEIS, Respondent, v. SCHEPP, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Christian H. Schulteis against Leopold Schepp. D. P. Hays, for appellant E. B. Whitney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

SCHULTHEIS, Appellant, v. SCHEPP, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Christian Schultheis against Leopold Schepp. E. B. Whitney, for appellant. D. P. Hays, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

SCHUYLER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Katherine L. Schuyler against the Metropolitan Street Railway Company. C. F. Brown, for appellant. E. P. Wheeler, for respondent. No opinion. Judgment and order affirmed, with costs.

---

SEARLE et al., Appellants, v. CORPORATION LIQUIDATING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by George R. Searle and others against the Corporation Liquidating Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over upon payment of the costs of the demurrer and of this appeal.

---

SEEMANN, Respondent, v. CENTRAL BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Edward Seemann against the Central Brewing Company. No opinion. The court desire to see counsel in this case.

---

SEIGEL v. LASKER et al. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Samuel Seigel against George Lasker and Gottlieb Weldman. No opinion. Motion denied, with $10 costs.

---

SHELDON v. TOWN OF ALLEGANY. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by Margaret E. Sheldon against the town of Allegany. No opinion. Motion for leave to appeal to Court of Appeals, for certificate of question, denied, with $10 costs.